No. 8904. BARCLAY CRAIGHEAD, PLAINTIFF AND RESPONDENT, *v.* CARROLL STEWART, DEFENDANT AND APPELLANT.

Decided Sept. 27, 1949.

*Mr. Arnold H. Olsen,* Attorney General, *Mr. H. D. Carmichael,* First Assistant Attorney General, *Mr. M. J. Thomas,* Special Assistant Attorney General for Defendant and Appellant.

*Messrs. Rankin & Acher,* Helena, for Respondent.

On appellant's praecipe for dismissal filed with the Clerk, it is ordered that this appeal be dismissed without costs to either party.